948

No. 79–6088. PROSAK v. BOEING CO. ET AL., 445 U. S. 934; and

No. 79–6103. CAMPBELL v. UNITED STATES, 445 U. S. 945. Petitions for rehearing denied.

## MAY 15, 1980

No. 79–6307. JOHNSON v. WASHINGTON. Sup. Ct. Wash. Certiorari dismissed under this Court's Rule 60.

## MAY 19, 1980

No. 79–1169. BERGER v. BERGER. Appeal from Ct. App. Ohio, Cuyahoga County, dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 79–1508. BROWN v. UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, UAW, ET AL. Appeal from C. A. 7th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 79–6305. DI FALCO v. COMMISSIONER OF INTERNAL REVENUE. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 79–6328. PRENZLER v. PIKE ET AL. Appeal from Ct. App. Cal., 4th App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.